**Dated: November 08, 2016
The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 15-32272 |
| Michelle Goss Jones aka Michelle G. Jones aka Michele Goss, | Chapter 13 |
| | Judge Paulette J. Delk |
| Debtor. | |

**AGREED ORDER DENYING OBJECTION TO CLAIM NO. 24 AS TO NATIONSTAR MORTGAGE LLC REGARDING REAL PROPERTY LOCATED AT 7670 STONE MANOR ROAD, MEMPHIS, TENNESSEE 38125**

This matter was scheduled to be heard on October 11, 2016, upon the Debtor's Motion to Disallow proof of claim asserted on behalf of Nationstar Mortgage LLC, designated as Court Claim No. 24.

Based on the electronic signatures below, the parties consent to the denial of the Motion to Disallow, on the terms stated in this order.

**ORDERED**, the Debtor's Motion to Disallow the Claim is denied; it is further

**ORDERED**, that an Amended Proof will be allowed as follows:

Proof of Claim No. 24 will be amended to account for the ongoing mortgage payments received by the lender post-petition.  As of October 11, 2016, the ongoing post-petition mortgage is due for May 1, 2016 forward, at $516.01 each, for a total of $3,096.06 through October 2016.

As of October 11, 2016, the remaining unpaid pre-petition arrearage claim is in the amount of $7,620.66.

The total remaining unpaid pre and post-petition arrearage claim in the amount $10,716.72 shall be paid over the life of the plan at an amount to be determined to by the Trustee.

The ongoing mortgage payment of $516.01, beginning November 1, 2016, shall be paid by the Trustee's office.

 That the Trustee will make the necessary adjustments to effectuate this Order.


APPROVED FOR ENTRY:


/s/ Kyle Stewart
Kyle Stewart
Attorney for Nationstar Mortgage LLC
TN State Bar No.: 033796
Law Offices of Shapiro & Ingle, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704)333-8107
Fax: (704) 333-8156
kstewart@logs.com


/s/ B. David Sweeney
Attorney for Debtor
B. David Sweeney
P.O. Box 341698
Bartlett, TN 38184
Phone: 901-386-3662
bdavidsweeney@gmail.com

*/s/ Michelle Goss Jones*
Debtor
Michelle Goss Jones aka Michelle Jones
Aka Michele Goss
7670 Stone Manor Rd.
Memphis, TN  38125




 /s/ George W. Stevenson
George W Stevenson
Chapter 13 Trustee
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697
Phone: (901) 821-2400



Entities to be Served:

    B. David Sweeney
    P.O. Box 341698
    Bartlett, TN 38184


    Michelle Goss Jones aka Michelle G. Jones aka Michele Goss
    7670 Stone Manor Rd.
    Memphis, TN 38125


    George W Stevenson
    5350 Poplar Avenue
    Suite 500
    Memphis, TN 38119-3697